# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **SHAMSHER SINGH** | **CASE NO.  1:25-CV-01814 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

Before the Court is a Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction [Doc. No. 6] filed by Petitioner, Shamsher Singh ("Petitioner").

**IT IS ORDERED** that Respondents file a response to the Motion for a TRO and Preliminary Injunction by Wednesday, December 17, 2025. The Petitioner may file a reply brief within seven (7) days after Respondent's response is filed.

**IT IS FURTHER ORDERED** that the parties shall apprise the Court of any imminent material changes to the Petitioner's circumstances that could affect this Court's jurisdiction, before they arise, insofar as practicable.

MONROE, LOUISIANA, this 3rd day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT