UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SHAMSHER SINGH** | **CASE NO. 5:25-CV-01814** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAG. JUDGE PEREZ-MONTES** |

**JUDGMENT OF DISMISSAL**

Considering the foregoing Voluntary Motion to Dismiss (styled as a "Notice of Voluntary Dismissal") [Doc. No. 11],

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, and Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and fees.

MONROE, LOUISIANA, this 30th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE